UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| In re: Leta Carleen Bennafield | ) | |
| | ) | Bankruptcy No. 10-14774 |
| Debtors | ) | Chapter 13 |

| | |
|---|---|
| JP MORGAN CHASE BANK, NA. | ) |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| LETA CARLEEN BENNAFIELD | ) |
| THOMAS P. GORMAN, Trustee | ) |
| Respondents | ) |

## NOTICE OF MOTION FOR RELIEF FROM STAY

JP Morgan Chase Bank, N.A. has filed papers with the court to obtain relief sought in its motion.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant relief in the motion and lift the automatic stay, or if you want the court to consider your views on the motion, then on or before 14 days from date of mailing of this notice, or no later than July 13, 2010, you or your attorney must:

[x]    File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        Alexandria Division
        200 S. Washington St.
        Alexandria, VA 22314-5405

You must also mail a copy to:

Matthew D. Huebschman, Esq.
SHENANDOAH LEGAL GROUP, P.C.
Post Office Box 75
Roanoke, Virginia 24010-0075

Thomas P. Gorman, Trustee
300 N. Washington Street, Suite 400
Alexandria, VA 22314

Tommy Andrews, Jr., Esq.
122 North Alfred Street
Alexandria, VA 22314

Attend the hearing on the motion (or objection) scheduled to be held on July 21, 2010 @ 9:30 a.m., Courtoom I at the United States Bankruptcy Court, 200 S. Washington St., Alexandria, VA 22314-5405.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting the relief.

Date: June 28, 2010

/s/ Matthew D. Huebschman
Matthew D. Huebschman, Esq. (VSB# 44181)
Of Counsel to JP Morgan Chase Bank, N.A.
SHENANDOAH LEGAL GROUP, P.C.
Post Office Box 75
Roanoke, Virginia 24010-0075
(540) 344-4490

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed by first class, postage prepaid, this ___ day of June, 2010 to the following:

Thomas P. Gorman, Trustee
300 N. Washington Street, Suite 400
Alexandria, VA 22314

Tommy Andrews, Jr., Esq.
122 North Alfred Street
Alexandria, VA 22314

Leta C. Bennafield
15060 Doral Place
Haymarket VA 20169

_____
Attorney for Movant

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re: Leta Carleen Bennafield ) | |
| ) | Bankruptcy No. 10-14774 |
| Debtors ) | Chapter 13 |

| | |
|---|---|
| JP MORGAN CHASE BANK, NA. ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| LETA CARLEEN BENNAFIELD ) | |
| THOMAS P. GORMAN, Trustee ) | |
| Respondents ) | |

MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW JP Morgan Chase Bank, N.A., (hereinafter referred to as "Movant"), and moves the Court for relief from the automatic stay pursuant to U.S.C. §362 (d) on following described personal property, to-wit:

2009 Nissan Altima VIN: 1N4AL24E39C171016

1. Movant is the owner, and holder of a lease agreement on the above described property.

2. This is a motion pursuant to 11 U.S.C. Sec. 362 (d) and Fed. R. Bankr. P. 4001 seeking relief from the automatic stay in bankruptcy.

3. The Debtor, Leta Carleen Bennafield, has defaulted in the payments due under the terms of the purchase money security agreement or has otherwise defaulted under the terms of the purchase money security agreement forming the basis for the PMSI in this case.

4. There is due and owing to Movant on the above described property the sum of $28,486.40, together with interest at 7.69% from June 28, 2010, costs of $150.00 and attorney's

Proponent of Motion
Matthew D. Huebschman, Esq., VSB 44181
Of Counsel to Movant
P.O. Box 75
Roanoke, VA 24002-0075

fees of $250.00, along with such expenses of retaking and refurbishing as are necessary to sell the personal property under Article 9 of the Uniform Commercial Code.

    5. Debtor remains in title and appears to have a vested interest in the property.

    6. Debtor is unable or unwilling to provide adequate protection to Movant and the automatic stay is resulting in a decrease in the value of Movant's interest in the subject property. There are arrears in the amount of $569.71.

    7. Debtors statement of intention lists that debtor is surrendering the property.

    8. Cause exists for the Court to waive the ten (10) day stay of Fed. R. Bankr. P. 4001(a)(3).

    9. There is no equity remaining in the property for the Debtor or the bankruptcy estate and the Debtor and the Trustee should abandon the property to the Movant as such property is not necessary to an effective reorganization.

## NOTICE

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. ( If you do not have an attorney, you may wish to consult one.)**

**If you do not wish the Court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then within fourteen (14) days from the date of service of this motion, you must file a written response explaining your position with the Court and serve a copy on the movant, JP Morgan Chase Bank, N.A., c/o Shenandoah Legal Group, P.C. Unless a written response is filed and served within this fourteen day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice of hearing.**

**If you mail your response to the Court for filing, you must mail it early enough so the Court will received it on or before the expiration of the fifteen day period.**

**You will be notified separately by the Clerk of the hearing date on the motion.**

WHEREFORE, JP Morgan Chase Bank, N.A. moves the Court for relief from the automatic stay pursuant to 11 U.S.C. §362 to permit Movant to seek relief under state law remedies of the sale of the property and application of the proceeds to the indebtedness, and for such other and further relief as may be necessary and just.

                              Respectfully submitted,
                              JP Morgan Chase Bank, N.A.

                              By: _____
                                  Of Counsel

Jeffrey A. Fleischhauer, Esq. (VSB# 29620)
Matthew D. Huebschman, Esq. (VSB# 44181)
  Of Counsel to Plaintiff
SHENANDOAH LEGAL GROUP, P.C.
P.O. Box 75
Roanoke, VA  24002
(540) 344-4490

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed by first class, postage prepaid, this 24 day of June, 2010 to the following:

Thomas P. Gorman, Trustee
300 N. Washington Street, Suite 400
Alexandria, VA 22314

Tommy Andrews, Jr., Esq.
122 North Alfred Street
Alexandria, VA 22314

Leta C. Bennafield
15060 Doral Place
Haymarket VA 20169

_____
Attorney for Movant

**RETAIL INSTALLMENT SALE CONTRACT**
**SIMPLE FINANCE CHARGE**

Dealer Number _____ Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| LETA C BERNAEFIELD [address] STERLING VA 20126 LOUDOUN COUNTY | | BROWNS STERLING NISSAN [address] STERLING VA 20166 LOUDOUN |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2009 | NISSAN ALTIMA | 1N4AL24E39C171016 | ☒ personal, family or household ☐ business ☐ agricultural |

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $1000.00 |
|---|---|---|---|---|
| 7.99 % | $ 8787.86 | $ 33008.14 | $ 41796.00 | $ 42796.00 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 580.50 | Monthly beginning 05/05/2009 |

Or As Follows: _____

Late Charge. If payment is not received in full within 7 days after it is due, you will pay a late charge of 5 % of the part of the payment that is late.
Prepayment. If you pay off all your debt early, you will not have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**
1. Cash Price (including $ 842.04 sales tax) $ 29459.95 (1)
2. Total Downpayment =
   Trade-In (Year) (Make) (Model)
   Gross Trade-In Allowance $ N/A
   Less Pay Off Made By Seller $ N/A
   Equals Net Trade In $ N/A
   + Cash $ N/A
   + Other $ 1000.00
   (if total downpayment is negative, enter "0" and see 4I below) $ 1000.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) $ 28459.95 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies:
      Life $ N/A
      Disability $ N/A    $ N/A
   B. Vendor's Single Interest Insurance Paid to Insurance Company(ies) $ N/A
   C. Other Optional Insurance Paid to Insurance Company or Companies $ N/A
   D. Optional Gap Contract $ 695.00
   E. Official Fees Paid to Government Agencies
      1) to N/A for N/A $ N/A
      2) to STATE OF VA for GROSS REC TAX $ 57.24
      3) to N/A for N/A $ N/A
   F. Government Taxes Not Included in Cash Price $ 107.20
   G. Government License and/or Registration Fees
      LICENSE/ONLINE REG $ 50.75
   H. Government Certificate of Title Fees $ 10.00
   I. Other Charges (Seller must identify who is paid and describe purpose.)
      1) to N/A for Prior Credit or Lease Balance $ N/A
      2) to JM&A for SERVICE CONTRACT $ 1936.00
      3) to N/A for N/A $ N/A
      4) to JM&A for MAINTENANCE AGMNT $ 1616.00
      5) to N/A for N/A $ N/A
      6) to N/A for N/A $ N/A
      7) to N/A for N/A $ N/A
      8) to N/A for JMS COURTESY CARE $ 775.00
   Total Other Charges and Amounts Paid to Others on Your Behalf $ 4548.19 (4)
5. Amount Financed (3 + 4) $ 33008.14 (5)

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ Year _____ SELLER'S INITIALS _____

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance): If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract...

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.
Term 72 Mos. JM&A  Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _____

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

HOW THIS CONTRACT CAN BE CHANGED. This contract, along with all other documents signed by you in connection with the purchase of the vehicle, comprise the entire agreement between you and us affecting this purchase. No oral agreements or understandings are binding. Upon assignment of this contract: (i) only this contract and addenda to this contract comprise the entire agreement between you and the assignee relating to this contract; (ii) any change to this contract must be in writing and the assignee must sign it; and (iii) no oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.
**NO LIABILITY INSURANCE INCLUDED**
NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.
Buyer Signs X _____ Date 03/21/09  Co-Buyer Signs X _____ Date _____
Co-Buyer (Non-Buyer Owner) — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X _____ Address _____
Seller signs _____ Date 03/21/09 By X _____ Title _____

Seller assigns its interest in this contract to JPMORGAN CHASE BANK, N.A. (Assignee) under the terms of Seller's agreement(s) with Assignee.
BROWNS STERLING NISSAN  ☒ Assigned without recourse  ☐ Assigned with limited recourse
[signatures]

LAW FORM NO. _____

ORIGINAL LIENHOLDER

OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a) How we will figure the Finance Charge. We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b) How we will apply payments. We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c) How late payments or early payments change what you must pay. We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d) You may prepay. You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e) Your right to refinance a balloon payment. A balloon payment is any payment other than a down payment that is more than 10% greater than the regular or recurring installment payments. If you use the vehicle primarily for consumer purposes, you have the right to refinance a balloon payment over an extended period with additional payments. The additional periodic payments will not be more than 10% greater than the regularly scheduled installment payments.

2. **YOUR OTHER PROMISES TO US**
   a) If the vehicle is damaged, destroyed, or missing. You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b) Using the vehicle. You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c) Security Interest.
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.
   d) Insurance you must have on the vehicle.
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge equal to the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e) What happens to returned insurance, maintenance, service, or other contract charges. If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a) You may owe late charges. You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.
   b) You may have to pay all you owe at once. If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
   - You pay any payment (plus any late charges) more than 10 days late or not at all;
   - You give us false, incomplete, or misleading information on a credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property; or
   - You break any agreements in this contract.
   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c) You may have to pay collection costs. If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. You will also pay any collection costs we incur as the law allows.
   d) We may take the vehicle from you. If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e) How you can get the vehicle back if we take it. If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f) We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g) What we may do about optional insurance, maintenance, service or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose. Any implied warranties arising from a written warranty or service contract are limited to the duration of such written warranty or service contract.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. Applicable Law
   Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

7. VSI and Optional Insurance
   Choice of insurer. If vendor's single interest insurance is required (as indicated on the front), or if you desire optional insurance, such as credit life insurance or credit disability insurance, you have the right to use alternative coverage or to buy insurance elsewhere from the agent or insurer of your choice. You may also buy required physical damage insurance from the agent or insurer of your choice. Your choice of agent or insurer will not affect our decision to extend credit or your credit terms.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. [illegible] Rev. 6/08

06/23/2010  09:59    6022213756                              CHASE BANK                                    PAGE 05/05
Jun-16-2010 03:28 PM JP Morgan Chase 817-399-7056                                                   5/7

Account View                                                                                         Page 1 of 1

| Title | |
|---|---|
| VIN/HIN: 1N4AL24E39C171016    State: VA    Title Number: 80906546 | |
| Year: 2009    Make/Builder: NISS    Model: | |
| Owner(s): LETA C BENNAFIELD | Closed Date: |
| Lienholder: CHASE MANHATTAN BANK N.A. | Closed Reason: |
| Match Type: AUTOMATIC | Document Location: |
| Match Date: 4/7/2009 | |
| Issuance Date: 4/2/2009 | |
| Imported Date: 4/3/2009 | |



**Vehicle Pricing & Information**
NADAguides.com

**2009 Nissan Altima**
Sedan 4D S

☒ Close Window

# NADAguides.com Price Report

6/23/2010

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | $13,075 | $14,375 | $15,425 | $18,500 |
| Options: | | | | |
| **TOTAL PRICE** | **$13,075** | **$14,375** | **$15,425** | **$18,500** |

## Standard Equipment

**Engine Specifications**
Type: Gas I4
Size: 2.5L/- TBD -
Horsepower: 175 @ 5600 RPM
Torque: 180 @ 3900 RPM
Max Towing Capacity: 1000

**Drive Train**
Drive Train: Front Wheel Drive
Transmission: 1 speed Continuously variable

**Safety**
Air Bag-Driver-Front
Air Bag-Passenger Switch (On/Off)
Air Bag-Passenger-Front
Air Bag-Side-Body-Front
Air Bag-Side-Head-Front
Air Bag-Side-Head-Rear
Brakes-ABS-4 Wheel
Brakes-Type-4 Wheel DISC
Engine Immobilizer/Vehicle Anti-Theft System
Headlights-Auto-Off
Headlights-Auto-On
Locks-Child Safety Rear Door
Parking Aid
Trunk-Emergency Release

**Comfort & Convenience**
Air Cond-Auto Climate Control
Air Cond-Dual Zone Front
Air Cond-Front

Cruise Control
Keyless Entry
Locks-Pwr
Mirrors-Electrochromic Rearview
Mirrors-Pwr Driver
Mirrors-Pwr Passenger
Mirrors-Vanity-Driver
Mirrors-Vanity-Driver Illuminated
Mirrors-Vanity-Passenger
Mirrors-Vanity-Passenger Illuminated
Navigation System
Reading Lamps-Front
Reading Lamps-Rear
Rear Seat Heat Ducts
Seat Trim-Cloth
Seat Trim-Leather
Seat-Heated Driver
Seat-Heated Passenger
Seat-Lumbar-Driver
Seat-Pwr-Driver
Seat-Rear Pass-Through
Seats-Front Bucket
Steering Wheel-Adjustable
Steering Wheel-Audio Controls
Steering Wheel-Leather Wrapped
Steering-Pwr
Trip Computer
Trunk-Release-Remote
Universal Garage Door Opener
Windows-Pwr

**Music & Entertainment**
Audio-AM/FM Stereo
Audio-CD Changer
Audio-CD Player
Audio-MP3 Player
Audio-Satellite Radio
Audio-Upgrade Sound System

**Interior**
Auxiliary Pwr Outlet
Floor Mats-Front
Floor Mats-Rear

**Exterior**
Defogger-Rear Window
Fog Lamps-Front
Roof-Generic-Sun/Moon
Roof-Sun-Pwr Tilt/Sliding

Roof-Sun-Wind Deflector
Spoiler-Rear
Wipers-Intermittent
Wipers-Variable Speed Intermittent

### Tires

Front Tire Size: P215/60R16
Rear Tire Size: P215/60R16

### Wheels

Front Wheel Material: Steel
Rear Wheel Material: Steel

Back to top

### Rough Trade-In
The Rough Trade-in values on nadaguides.com are meant to reflect a vehicle in rough condition. A vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition; Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust, or obvious signs of previous repairs; Interior reflects above average wear, with inoperable equipment, damaged or missing trim, and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery; May have a branded title and un-true mileage; Vehicle will need substantial reconditioning and repair to be made ready for resale; Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

### Average Trade-In
The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

### Clean Trade-In
The Clean Trade-In values on nadaguides.com are meant to reflect a vehicle in clean condition. A vehicle with no mechanical defects and passes all necessary inspections with ease; Paint, body and wheels have minor surface scratching with a high gloss finish and shine; Interior reflects minimal soiling and wear, with all equipment in complete working order; Vehicle has a clean title history; Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

### Clean Retail
The Clean Retail values on nadaguides.com are meant to reflect a vehicle in clean condition. A vehicle with no mechanical defects and passes all necessary inspections with ease; Paint, body and wheels have minor surface scratching with a high gloss finish and shine; Interior reflects minimal soiling and wear, with all equipment in complete working order; Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

The consumer values on nadaguides.com are based on the Consumer edition of the NADA Official Used Car Guide ®, and should not be utilized for industry purposes. The consumer values may vary from the NADA Official Used Car Guide values presented to you by insurance companies, banks, credit unions, government agencies and car dealers due to vehicle condition, regional market differences and frequency of updates.

ADVERTISEMENT