# UNITED STATES BANKRUPTCY COURT
# FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of: | |
| LETA CARLEEN BENNAFIELD<br>                    DEBTOR | Chapter 13 |
| JP MORGAN CHASE BANK<br>                    PLAINTIFF | Case No. <u>10-14774-SSM</u> |
| v. | |
| Leta Carleen Bennafield<br>and<br>Thomas P. Gorman, Trustee, | CMN _____ |

## ANSWER AND REPORT OF TRUSTEE
## TO RELIEF FROM STAY MOTION

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1)    This Chapter 13 Case was filed by the Debtor on June 8, 2010.

(2)    The 341 Hearing for this case is scheduled for July 20, 2010, at 1:30 PM at the offices of the United States Trustee, Room 206 at 115 South Union Street, Alexandria, Virginia.

(3)    Neither your Trustee nor the Moving Creditor has had opportunity to inquire that would allow determination of the allegations contained in the Motion, or allow the relief requested by that Motion.

(4)    That the Motion for Relief from Stay filed herein against the Debtor is premature and creates unnecessary expense; that any fees and costs incident to this Motion

**ANSWER & REPORT OF TRUSTEE, PAGE 2**
**CASE #10-14774-SSM**

should not be assessed against the Debtor, and any Order entered herein should so

provide.

   AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of

this Motion as to this Court seems just.


Date:   July 1, 2010     __/s/ Thomas P. Gorman_____
           Thomas P. Gorman
          Chapter 13 Trustee
          300 North Washington Street, Ste. 400
          Alexandria, VA 22314
          (703) 836-2226
          VSB 26421


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 1th day of July, 2010.


          /s/ Thomas P. Gorman_____
          Thomas P. Gorman